UNITED STATES of America
Plaintiff-Appellee

v.

Terrell Jamar HOUSTON
Defendant-Appellant

No. 16-4340

United States Court of Appeals, Fourth Circuit.

FILED: June 12, 2017

Anthony Joseph Enright, Assistant U. S. Attorney, Jill Westmoreland Rose, U. S. Attorney, Office of the United States Attorney, Charlotte, NC, Amy Elizabeth Ray, Assistant U. S. Attorney, Office of the United States Attorney, Asheville, NC, for Plaintiff-Appellee

John Parke Davis, Ann Loraine Hester, Federal Defender, Ross Hall Richardson, Acting Federal Public Defender, Federal Defenders of Western North Carolina, Inc., Charlotte, NC, Joshua B. Carpenter, Federal Defenders of Western North Carolina, Inc., Asheville, NC, for Defendant-Appellant

ORDER

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

Statement of Senior Circuit Judge Davis Respecting Denial of En Banc Rehearing

The Court's denial of the petition for rehearing en banc should not give rise to a

752

conclusion that the issues presented are unimportant or undeserving of timely consideration by the Supreme Court. Indeed, the recent filing of a petition for *certiorari* in a similar case arising in the Third Circuit, *see United States v. Byrd*, 679 Fed. Appx. 146, 2017 WL 541405 (3d Cir. 2017), *pet. for cert. filed*, No. 16-1371 (May 11, 2017), reflects that the issues are recurring and worthy of plenary consideration.